# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURTROOM MINUTES - CRIMINAL |
| Plaintiff, | BEFORE: Hildy Bowbeer |
| | U.S. Magistrate Judge |
| v. | Case No: 17-mj-499 HB |
| | Date: June 8, 2017 |
| Todd Seaver Knutson, | Courthouse: St. Paul |
| | Courtroom: 6B |
| Defendant. | Time Commenced: 2:06 p.m. |
| | Time Concluded: 2:15 p.m. |
| | Time in Court: 9 minutes |

APPEARANCES:

Plaintiff: Andrew Dunne, Assistant U.S. Attorney
Defendant: Manny Atwal, Assistant Federal Public Defender
    ✖ FPD        ✖ To be appointed

Date Charges Filed: 6/7/2017        Offense: possess with intent to distribute methamphetamine; felon in possession of a firearm

✖ Advised of Rights

on   ✖ Complaint

✖ Government moves for detention.
Motion is ✖ granted, temporary detention ordered

Next appearance date is June 12, 2017 at 3:00 p.m. before U.S. Magistrate Judge David T. Schultz, CR 9E Mpls for:
    ✖ Detention hrg        ✖ Preliminary hrg

Additional Information:

                                                            s/Janet Midtbo
                                                        Signature of Courtroom Deputy