UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.                                              ORDER
                                              Crim. No. 17-157 (MJD/HB)

Todd Seaver Knutson,

    Defendants.
_____

    Andrew Dunne, Assistant United States Attorney, Counsel for Plaintiff.

    John C. Brink, Counsel for Defendant.
_____

This matter is before the Court on Defendant's objections to Magistrate Judge Hildy Bowbeer's Order dated October 2, 2017 to the extent his motions to disclose the identity of informants and to disclose government agents' notes were denied.

The Court must modify or set aside any portion of the Magistrate Judge's Order found to be clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A); Fed. R. Crim. P. 59(a); Local Rule 72.2(a). Based on the Court's review of the record and the submissions of the parties, the Court concludes that the Magistrate Judge's Order is neither clearly erroneous or contrary to law.

Accordingly, the Defendant's Appeal [Doc. No. 57] is DENIED and the Order of Magistrate Judge Hildy Bowbeer dated October 2, 2017 [Doc. No. 53] is AFFIRMED in all respects.

Date: November 20, 2017

                                              s/ Michael J. Davis
                                              Michael J. Davis
                                              United States District Court