# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,   Case No. 0:17-cr-00157-MJD-HB

   Plaintiff,

v.   **ORDER**

TODD SEAVER KNUTSON,

   Defendant.

_____

Andrew Dunne, Assistant United States Attorney, Counsel for Plaintiff.

John C. Brink, Counsel for Defendant.

_____

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge Kate Menendez dated November 13, 2017.

The Defendant objects to the Magistrate Judge's recommendation that his motion to suppress evidence obtained through the search of the DVR be denied.

Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court will ADOPT the Report and Recommendation in its entirety.

**IT IS HEREBY ORDERED** that the motion to suppress (ECF No. 35) is **DENIED** to the extent it seeks suppression of the evidence obtained pursuant to a search of the DVR at issue.

Date:  December 20, 2017      s/ Michael J. Davis
                              Michael J. Davis
                              United States District Court