## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,

       Plaintiff,

v.

Todd Seaver Knutson,

       Defendant.

Civil No. 17-cr-157 (MJD/HB)

**ORDER ON REPORT AND RECOMMENDATION**

Andrew Dunne, Assistant United States Attorney, Counsel for Plaintiff.

John C. Brink, Counsel for Defendant.

_____

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge Hildy Bowbeer dated November 13, 2017.

The Defendant objects to the Magistrate Judge's recommendations that his motions to suppress evidence obtained through searches and seizures, statements and identification evidence. The Defendant also objects to the Magistrate Judge's decision to deny, from the bench, his motion for a <u>Franks</u> hearing. (Transcript at 25-27.)

Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court will ADOPT the Report and Recommendation in its entirety.

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. The Defendant's Motion for a <u>Franks</u> Hearing [Doc. No. 45] is **DENIED;**

3. The Defendant's Motion to Suppress Electronic Surveillance Evidence [Doc. No. 34] is **DENIED** as moot;

4. The Defendant's Motion to Suppress Search and Seizure Evidence [Doc. No. 35] is **DENIED** except for that part of the motion directed to the June 23 warrant issued by the undersigned, which will be addressed in a separate Report and Recommendation;

5. The Defendant's Motion to Suppress Interrogation Evidence [Doc. No. 36] is **DENIED** in part and **DENIED** as moot in part; and

6. The Defendant's Motion to Suppress Identification Evidence [Doc. No. 37] is **DENIED** as moot.

Dated:  December 20, 2017            <u>s/ Michael J. Davis</u>
                                     MICHAEL J. DAVIS
                                     United States District Court