UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                       **MEMORANDUM OF LAW & ORDER**
                              Criminal File No. 17-00157 (MJD)

TODD SEAVER KNUTSON,

    Defendant.

Katharine T. Buzicky, Assistant United States Attorney, Counsel for Plaintiff.
Todd Seaver Knutson, pro se.

## I.    INTRODUCTION

This matter is before the Court on Defendant Todd Seaver Knutson's Pro Se Motions to Dismiss all Motions to Vacate and [for] Mandamus; to Strike the Government's Response [to Defendant's Motion for DNA and Fingerprint Testing Under 18 U.S.C. § 3600]; and to File a Reply to the Government's Response [to Defendant's Motion for DNA and Fingerprint Testing Under 18 U.S.C. § 3600].  (Docs. 163, 164, 167.)  Defendant filed his requested reply with his motion.  (Doc. 168.)

1

Defendant's motions all relate to the Court's Order denying Defendant's Motion for DNA and Fingerprint Testing Under 18 U.S.C. § 3600, which the Court filed one week prior to these motions being filed. (Doc. 162.) Therefore, all the motions are moot. Moreover, even if the motions had been filed prior to the Court's filing of its Order, all the motions, except the motion to dismiss, would have been denied on the merits.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. Defendant's Pro Se Motion to Dismiss all Motions to Vacate and Mandamus **[Doc. 163]** is **DENIED as moot**;

2. Defendant's Pro Se Motion to Strike the Government's Response **[Doc. 164]** is **DENIED as moot**; and

3. Defendant's Pro Se Motion to File a Reply to the Government's Response **[Doc. 167]** is **DENIED as moot**.

Date: November 6, 2024

s/Michael J. Davis
Michael J. Davis
United States District Court